

# Memorandum

| Subject | Date |
|---|---|
| Issuance of an Arrest Warrant and Limits of Punishment U.S. v JEFFERY PETER STANLEY (SENTENCING GUIDELINES CASE) | March 5, 2006 |
| To<br>Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | From<br>A. Clark Morris<br>Assistant United States Attorney |

Please issue an arrest warrant for the following person who was indicted at the April 5, 2006, Grand Jury:

JEFFERY PETER STANLEY
County Road 4 West
Geneva, AL

LIMITS OF PUNISHMENT

Count 1: 21 U.S.C. § 841(a)(1):
NMT $2,000,000; or twice gross
loss to victim or twice gross gain to
defendant, whichever is greatest;
NLT 5Y, NMT 40Y, or both;
NLT 4Y Sup Rel;
$100 AF; VWPA

ESTIMATED TRIAL TIME: 2 days