| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **MIDDLE DISTRICT OF ALABAMA** |

---

√ INITIAL APPEARANCE                    DATE: December 21, 2006
❒ BOND HEARING
❒ DETENTION HEARING                   Digital Recording   1:46 - 1:51
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Charles S. Coody    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 1:06cr97-MEF    **DEFENDANT NAME:** Jeffery Peter Stanley

**AUSA:** Verne Speirs    **DEFT. ATTY:** Kevin Butler

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:**

Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE:   12/26/06 |
| √ | CRIMINAL TERM:   3/12/07 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |