| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: JANUARY 12, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:08 – 1:09 |

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY    DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 1:06CR-97-MEF-CSC    DEFENDANT NAME: JEFFERY P. STANLEY

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. A. CLAKR MORRIS | ATTY. JENNIFER HART |

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** NONE

☑ **PLEA STATUS:** possible plea

☑ **TRIAL STATUS:** 2 days to try case if goes to trial.

☐ **REMARKS:**