IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr97-MEF |
| | ) | |
| JEFFREY PETER STANLEY | ) | |

**ORDER**

Now pending before the court is defendant Stanley's motion to allow Jennifer Hart to withdraw as counsel of record and motion for appointment of a CJA panel attorney (doc. # 10). Upon consideration of the motion, and for good cause, it is

ORDERED that defendant Stanley's motion to allow Jennifer Hart to withdraw (doc. # 10) be and is hereby GRANTED. It is further

ORDERED that the defendant's motion to appoint a CJA panel attorney (doc. # 10) be and is hereby GRANTED. The panel attorney shall file a notice of appearance with the court.

Done this 29th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE