| | | |
|---|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** March 8, 2007 | **FTR RECORDING:** 9:34 – 9:42 |
| **MIDDLE DISTRICT OF ALABAMA** | **COURT REPORTER:** MITCHELL REISNER | |

☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ☐ SENTENCING

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON
**CASE NUMBER:** 1:06-CR-97-MEF-CSC   **DEFENDANT NAME:** JEFFERY PETER STANLEY
**AUSA:** A. CLARK MORRIS   **DEFENDANT ATTY:** C. PATE DEBARDELEBEN
**USPTS/USPO:**   Type Counsel: ( ) Waived; ( ) Retained; (√) Panel CJA; ( ) CDO

Defendant ____ does __√__ does NOT need and interpreter. Name: _____

- ☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) _1_ of the **Indictment**

☐ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

- √ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**
- √ **ORAL ORDER** Adjudicating defendant guilty.
- ☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed by Mag. Judge;

  ☐ Released on Bond & Conditions of Release for:

  ☐ Trial on _____; ☐ Sentencing on _____; ☐ to be set by Separate Order

- √ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ☐ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.