```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CR. NO. 1:06cr97-MEF |
| ) | |
| JEFFERY PETER STANLEY    ) | |

MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike the forfeiture allegation from the indictment returned April 5, 2006.

A proposed Order is filed herewith.

Respectfully submitted this 14th day of March, 2007.

                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing Motion to Strike Forfeiture Allegation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Pate Debardeleben and A. Clark Morris.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney