IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr97-MEF |
| | ) | |
| JEFFERY PETER STANLEY | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Strike (Doc. #18) filed on March 14, 2007, it is hereby

ORDERED that Motion is GRANTED and the forfeiture allegation is stricken.

DONE this 20th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE