IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR. NO. 1:06cr97-MEF |
| JEFFERY PETER STANLEY | * | |

RECEIVED 2007 APR 25 A 10: 36

## MOTION TO SET EARLY SENTENCING DATE

COMES NOW the above named Jeffery Peter Stanley, and through counsel, moves this Court to schedule an early sentencing date for the defendant. As grounds for said motion counsel avers the following;

1. Mr. Stanley is presently set for sentencing on May 31, 2007.

2. Mr. Stanley is in a lock down facility at the Montgomery City Jail.

3. Mr. Stanley's Presentence Report has been completed by United States Probation Officer Stanford Robinson and there are no objections to the report.

4. The Assistant United States Attorney Clark Morris has no objections to an early sentencing date.

WHEREFORE counsel for Mr. Stanley moves this Court to schedule a sentencing date at it's earliest convenience.

Respectfully submitted this the 25th day of April, 2007.

Pate DeBardeleben, Attorney for the defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 36101-0197 and United States Probation Officer Stanford Robinson by mailing to U.S. Courthouse Complex, One Church Street, Montgomery, AL 36104 this the 25th day of April, 2007.

Pate DeBardeleben