IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-097-MEF |
| | ) | |
| JEFFERY PETER STANLEY | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Set Early Sentencing Date (Doc. #21) filed on April 25, 2007, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set for May 31, 2007 is rescheduled for May 9, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 27th day of April, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE