AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: **JEFFERY PETER STANLEY**
CASE NUMBER: **1:06CR97-MEF**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Forty six (46) months.   This term of imprisonment shall run concurrently with the defendant's term of imprisonment in ND/FL Case Number 5:06CR38-001/RS. Defendant is to be given credit 378 days as of this date for the time that he has served in custody for Case Number 5:06CR38-001/RS, the United States District Court for the Norther District of Florida, while awaiting sentencing in this case.**

X The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends that the defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.
   The Court further recommends that defendant be placed in a Bureau of Prisons facility within his classification level as close to the Southern District of Alabama as possible.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on *MAY 29, 2007* to *FPC Maxwell* at *Montgomery, AL* , with a certified copy of this judgment.

*Jesse Sums*
UNITED STATES MARSHAL

By *Michael H. Bates*
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED
MAY 29 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.